# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1365

_____

DEPARTMENT OF REVENUE and
CRYSTAL ROSE JACKSON,

  Appellant,

  v.

TRAVIS ANTWAN HOLLOWAY,

  Appellee.

_____

On appeal from the Division of Administrative Hearings.
Andrew D. Manko, Administrative Law Judge


February 29, 2024

PER CURIAM.

  AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant Department of Revenue

Crystal Rose Jackson, pro se, Appellant.

Travis Antwan Holloway, pro se, Appellee.